BEFORE THE SECOND DIVISION, NOVEMBER 6, 1957

**No. 61317.**—John V. Carr & Son, Inc. *v.* United States, protest 301424–K (Detroit).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise consists of butt hinges, imported with wood screws of steel, the hinges measuring 3½ inches by 3½ inches, being packed 2 hinges and 12 screws to a box (12 screws for each pair of hinges), and the hinges, size 4 inches by 4 inches, being packed 2 hinges and 16 screws to a box (16 screws for each pair of hinges), of the same kind in all material respects as the merchandise the subject of *Trans Atlantic Company* v. *United States* (35 Cust. Ct. 1, C. D. 1712).   Upon the agreed statement of facts and following the cited authority, the claim of the plaintiff was sustained, the value of the screws being held as follows, as stipulated by counsel:

| Hinges identification | Value of screws U. S. dollars per 1,000 |
| --- | --- |
| 3½ x 3½'' | $1.48 |
| 4   x 4'' | $1.64 |

which values were included in the value of the screws and hinges, as invoiced and appraised.

**No. 61318.**—Herman H. Sticht Co., Inc. *v.* United States, protests 288435–K, 286906–K, and 296260–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).